IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID TERRENCE STEPHENS,

      Plaintiff,

v.                              Case No. 4:16cv173-MW/CAS

JULIE L. JONES, et al.,

      Defendants.

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 11. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The motion for *in forma pauperis* status, ECF No. 2, is **DENIED.** This case is **DISMISSED** pursuant to 28 U.S.C. § 1915(g). All other pending motions are

1

**DENIED**.  The Clerk shall note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(g)."  The Clerk shall close the file.

**SO ORDERED on May 17, 2016.**

<u>s/Mark E. Walker</u>       ____
**United States District Judge**